UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMERICAN REINSURANCE COMPANY, *et al.*,

                Plaintiff,

V.

AMERICAN INTERNATIONAL GROUP and
TRENWICK AMERICAN REINSURANCE
CORPORATION

                Defendants.

Civil Action No. 05-11840-MLW

---

### PLAINTIFFS' MOTION FOR REMAND
### TO THE SUPERIOR COURT OF MASSACHUSETTS

Plaintiffs American Reinsurance Company, *et al.*, ("Plaintiffs") for the reasons set forth in the accompanying memorandum of law, respectfully move this Court, pursuant to 28 U.S.C. §1447(c), for an Order remanding this case to the Superior Court of Massachusetts, in and for Suffolk County, Business Litigation Session, on grounds that federal subject matter jurisdiction is lacking under 9 U.S.C. §203 because the parties named in this litigation have not entered an agreement to arbitrate their dispute.[1]

---

[1] Each Defendant has also filed a motion for stay pending arbitration. Plaintiffs' opposition to these motions will be filed tomorrow October 14, 2005, in accordance with the response time set for those motions by Stipulation to Enlarge filed October 7, 2005.

NYCLIB01/NYKM/87480.01
270957.1

## REQUEST FOR HEARING

Pursuant to Local District Court Rule 7.1(D), Plaintiffs request that the Court schedule a hearing with respect to the instant motion as oral argument will be of assistance to the Court in resolving this matter.

By their attorney,

*Steven L. Schreckinger /ar*
Steven L. Schreckinger (BBO #447100)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
617.239.0100

OF COUNSEL:

Joseph T. McCullough IV
Robin C. Dusek
Lovells
One IBM Plaza
Suite 1900
Chicago, IL  60611
(312) 832-4400

Kathy L. McFarland
Lovells
900 Third Avenue
New York, NY  10022
(312) 832-4400

Dated: October 13, 2005

## CERTIFICATE OF SERVICE

I, Steven L. Schreckinger, counsel for Plaintiffs American Reinsurance Company, *et al.*, hereby certify that on October 13, 2005, I caused a copy of the foregoing document to be served by overnight delivery on all known counsel of record.

*Steven L. Schreckinger /ar*
Steven L. Schreckinger

270957.1
NYCLIB01/NYKM/87480.01
Lovells