UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN REINSURANCE COMPANY, et al.,

Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP AND TRENWICK AMERICA REINSURANCE CORPORATION,

Defendants.

Civil Action No. 05-11840-MLW

**STIPULATION TO SUBSTITUTE CORRECTED PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO STAY PROCEEDINGS**

The parties to this action hereby stipulate to the filing of the attached Corrected Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Stay Proceedings as a substitute for the version timely filed on Friday, October 14, 2005, in order to correct typographical errors in the original.

267254.1

By their attorney,

_____
Steven L. Schreckinger (BBO #447100)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
617.239.0100

OF COUNSEL:

Joseph T. McCullough IV
Robin C. Dusek
Lovells
One IBM Plaza
Suite 1900
Chicago, IL 60611
(312) 832-4400

Kathy L. McFarland
Lovells
900 Third Avenue
New York, NY 10022
(312) 832-4400

AGREED TO:
American International Group, Inc.

_____
John T. Harding
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7558

AGREED TO:
Trenwick America Reinsurance Corp.

_____
Margaret A. Dale
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

Dated: October 17, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on October 17, 2005.

267254.1                                2