UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, *et al.*, | : |
| Plaintiff, | : Civil Action No. 05-11840-MLW |
| V. | : |
| AMERICAN INTERNATIONAL GROUP and TRENWICK AMERICAN REINSURANCE CORPORATION | : |
| Defendants. | : |
| | : |

**NOTICE OF APPEARANCE**

Please enter an appearance for Anne Robbins as counsel for plaintiffs American Reinsurance Company, et al., in the above-captioned action.

                Respectfully submitted,

                /s/ Anne Robbins_____
                Anne Robbins (BBO #561968)
                Steven L. Schreckinger (BBO #447100)
                PALMER & DODGE LLP
                111 Huntington Avenue
                Boston, MA 02199
                (617) 239-0100

DATED: October 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on October 21, 2005.

  /s/ Anne Robbins

274058.1