UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, *et al.,* | : |
| Plaintiff, | : Civil Action No. 05-11840-MLW |
| V. | : |
| AMERICAN INTERNATIONAL GROUP and TRENWICK AMERICAN REINSURANCE CORPORATION | : |
| Defendants. | : |
| | : |

**NOTICE OF WITHDRAWAL**

    Scott P. Lewis hereby withdraws his appearance as counsel for plaintiffs American Reinsurance Company, et al. in this action. Steven L. Schreckinger will continue to represent American Reinsurance Company, et al.

Respectfully submitted,

/s/ Scott P. Lewis_____
Scott P. Lewis (BBO # 298740)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: October 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each party by electronic means on October 21, 2005.

/s/ Scott P. Lewis

273983.1