UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, *et al.*, | : |
| Plaintiff, | : Civil Action No. 05-11840-MLW |
| V. | : |
| AMERICAN INTERNATIONAL GROUP and TRENWICK AMERICAN REINSURANCE CORPORATION | : |
| Defendants. | : |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER**

As of November 1, 2005, the mailing address, telephone number and fax number for Steven L. Schreckinger and Anne Robbins, counsel for plaintiffs American Reinsurance Company, et al., will be:

Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110-1800
(617) 951-0800
(617) 951-0811 (Fax)

    Respectfully submitted,
    AMERICAN REINSURANCE
    COMPANY, et al.
    By its attorneys,

    /s/ Steven L. Schreckinger
    Steven L. Schreckinger (BBO #447100)
    Anne Robbins (BBO #561968)
    PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, MA 02199
Dated: October 21, 2005    (617) 239-0100

CERTIFICATE OF SERVICE
I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on October 21, 2005.

/s/ Steven L. Schreckinger

273987.1