FILED
IN CLERKS OFFICE

2005 OCT 26  P 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, et al.,<br>  Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP and TRENWICK AMERICA REINSURANCE CORPORATION,<br>  Defendants. | CIVIL ACTION NO:<br>05-CV-11840-MLW |

## JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

Pursuant to Fed.R.Civ.P. 6 and Local District Court Rule 7.1(B), Plaintiff American Reinsurance Co., et al. ("Am Re") and Defendants American International Group, Inc. on behalf of its relevant member and associated companies ("AIG, Inc.") and Trenwick America Reinsurance Corporation ("Trenwick") jointly request that the Court enter the following briefing schedule with respect to certain pending motions:

1.  AIG, Inc. and Trenwick will serve their oppositions to Am Re's Motion to Remand [Dkt. No. 12] by November 10, 2005.

2.  AIG, Inc. and Trenwick will serve their reply briefs in support of their Motions to Stay Proceedings Pending Arbitration [Dkt. Nos. 3, 9] by November 10, 2005.

3.  Am Re will serve its reply briefs in support of its Motion to Remand [Dkt. No. 12] by December 5, 2005.

As grounds for this request, Am Re, AIG, Inc. and Trenwick respectfully state that the time requested is reasonable and necessary in light of the issues presented in these motions and

969827v1

the schedules of counsel. Further, Am Re, AIG, Inc. and Trenwick request that the Court permit them to file reply briefs with respect to their respective motions so that all relevant matters are presented to the Court prior to decision.

        AMERICAN INTERNATIONAL GROUP, INC. on behalf of its relevant member and associated companies,

/s/ John T. Harding
John T. Harding BBO #221270
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7558
(617) 342-4888 (facsimile)

Of Counsel:

William A. Maher
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
(212) 382-0050 (facsimile)

**TRENWICK AMERICA REINSURANCE CORP.**

By its attorneys,

/s/ Eben A. Krim (JTH)
Eben A. Krim, Esq.
**PROSKAUER ROSE LLP**
One International Place, 22nd Floor
Boston, MA 02110
(617) 526-9700
(617) 526-9899 (facsimile)

2

969827v1

*Margaret Dale / jth*
Margaret Dale, Esq. (pro hac vice)
**PROSKAUER ROSE LLP**
1585 Broadway
New York, NY 10036-8299
(212) 956-9064
(212) 969-2900 (facsimile)

**AMERICAN REINSURANCE CO.**

By its attorneys:

*Steven L. Schreckinger / jth*
Steven L. Schreckinger, Esq. BBO #447100
Palmer & Dodge
111 Huntington Ave.
Boston, MA 02199

Of Counsel:

Kathy McFarland, Esq.
Robin C. Dusek, Esq.
LOVELLS
One IBM Plaza
330 North Wabash Ave – Suite 1900
Chicago, IL 60611
(312) 832-4400

Dated: October 26, 2005

### CERTIFICATE OF SERVICE

I, John T. Harding, counsel for Defendant American International Group, hereby certify that on October 26, 2005, I served a copy of the foregoing document by first class mail on all known counsel of record.

*/s/ John T. Harding*
John T. Harding

3

969827v1