UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP and TRENWICK AMERICA REINSURANCE CORPORATION, <br> Defendants. | CIVIL ACTION NO: <br> 05-CV-11840-MLW |

**DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE**
**(ASSENTED TO BY PLAINTIFFS)**

Pursuant to Local District Court Rule 7.1, Defendants AIG, Inc. on behalf of its member and associated companies ("AIG, Inc.") and Trenwick America Reinsurance Corp. ("Trenwick") request that the Court modify the briefing schedule set forth in the Joint Motion for Entry of Briefing Schedule [Dkt. No. 24] to provide as follows:

1. November 14, 2005     Defendants' Oppositions to Plaintiffs' Motion for Remand and Replies in Support of Motion to Stay Proceedings

2. December 9, 2005      Plaintiffs' Replies in Support of Motion for Remand

As grounds for this motion, Defendants state that the requested modification of the schedule by four (4) extra days (including a court holiday and a weekend) is reasonably necessary for Defendants to complete their respective briefs. Defendants have agreed to a corresponding extension of time for Plaintiffs' Replies. This short extension will not unduly delay the resolution of the pending motions. Further, the Plaintiffs have assented to this request.

973441v1

For the reasons stated, Defendants request that the Court approve the above-stated modification of the briefing schedule.

AMERICAN INTERNATIONAL GROUP, INC. on behalf of its member and associated companies,

*/s/ John T. Harding*
John T. Harding BBO #221270
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7558
(617) 342-4888 (facsimile)

Of Counsel:

William A. Maher
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
(212) 382-0050 (facsimile)

**TRENWICK AMERICA REINSURANCE CORP.**

By its attorneys,

*/s/ Eben A. Krim*
Eben A. Krim, Esq.
**PROSKAUER ROSE LLP**
One International Place, 22nd Floor
Boston, MA 02110
(617) 526-9700
(617) 526-9899 (facsimile)

973441v1

*[signature]*
Margaret Dale, Esq. (pro hac vice)
**PROSKAUER ROSE LLP**
1585 Broadway
New York, NY 10036-8299
(212) 956-9064
(212) 969-2900 (facsimile)

Dated: November 10, 2005

3

973441v1