UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP AND TRENWICK AMERICA REINSURANCE CORPORATION,<br><br>Defendants. | Civil Action No. 05-11840-MLW |

**STIPULATION TO ENLARGE TIME**

Pursuant to Fed.R.Civ.P. 6(b), plaintiffs, American Reinsurance Company, et al., and defendants hereby stipulate to enlarge until December 14, 2005 the time in which plaintiffs have to file their reply to defendants' opposition to plaintiffs' motion to remand. As grounds for this request for an extension, plaintiffs state that they need additional time to explore the novel factual and legal issues involved in seeking to remand this case to state court.

223649_1

By their attorneys,

/s/ Steven L. Schreckinger
Steven L. Schreckinger (BBO #447100)
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street
Boston, MA 02110
617.951.0800

OF COUNSEL:

Joseph T. McCullough IV
Robin C. Dusek
Lovells
One IBM Plaza
Suite 1900
Chicago, IL 60611
(312) 832-4400

AGREED TO:

John T. Harding
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617.439.7558

Kathy L. McFarland
Lovells
900 Third Avenue
New York, NY 10022
(312) 832-4400

Margaret A. Dale
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
212.969.3000

Dated: December 7, 2005