UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN RE-INSURANCE COMPANY, et al., <br> Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP and TRENWICK AMERICA REINSURANCE CORPORATION, <br> Defendants. | CIVIL ACTION NO: 05-11840-MLW |

**ASSENTED TO MOTION TO FILE UNDER SEAL**
**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE RENEWED MOTIONS OF DEFENDANTS AIG INC. AND TRENWICK TO STAY PROCEEDINGS PENDING ARBITRATION**

Plaintiffs American Re-Insurance Company, et al. hereby move to file under seal the following pleading:

- **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE RENEWED MOTIONS OF DEFENDANTS AIG INC. AND TRENWICK TO STAY PROCEEDINGS PENDING ARBITRATION**

Plaintiffs respectfully request permission to file this pleading under seal because it attaches and references material submitted in connection with a confidential arbitration to which the Plaintiffs are a party. In accordance with the Local Rules, Plaintiffs respectfully request that this pleading be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by Plaintiffs' counsel.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described document under seal.

## Certification Pursuant to Local Rule 7.1

Plaintiffs' counsel certifies that pursuant to Local Rule 7.1, counsel for defendants have conferred regarding the issue presented by this motion, and Plaintiffs' counsel assented to this motion.

Respectfully submitted,

/s/ Steven L. Schreckinger
Steven L. Schreckinger (BBO #4471000)
LYNCH BREWER HOFFMAN & FINK LLP
101 Federal Street, 22nd Floor
Boston, MA  02199-7613
(617) 951-0800

Joseph T. McCullough IV
Robin Dusek
LOVELLS
One IBM Plaza
Suite 1900
Chicago, IL  60611
(312) 832-4400

Kathy L. McFarland
LOVELLS
900 Third Avenue
New York, NY  10022
(212) 909-0600

Dated: February 2, 2006

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on February 2, 2006.

_____
Anne Robbins

234722_1.DOC