UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>    Defendants. | CIVIL ACTION NO: 05-11840-MLW |

**ASSENTED TO MOTION TO FILE REPLY MEMORANDUM OF DEFENDANT TRENWICK AMERICA REINSURANCE CORPORATION IN FURTHER SUPPORT OF ITS RENEWED MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Defendant Trenwick America Reinsurance Corporation ("Trenwick") respectfully requests that the Court permit it to file a reply brief with respect to its renewed motion to stay proceedings pending arbitration so that all relevant matters are presented to the Court prior to decision.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file a reply brief.

**Certification Pursuant to Local Rule 7.1**

Trenwick's counsel certifies that pursuant to Local Rule 7.1, counsel for Trenwick and the Plaintiffs have conferred regarding the issue presented by this motion, and Plaintiffs' counsel assented to this motion.

                          **TRENWICK AMERICA**
                          **REINSURANCE CORPORATION**

                          By its attorneys,

                          _/s/ Eben A. Krim_____
                          Mark W. Batten BBO #566211
                          Eben A. Krim BBO #652506
                          **PROSKAUER ROSE LLP**
                          One International Place, 22nd floor
                          Boston, MA 02210
                          (617) 526-9700

Of Counsel:
Ronald S. Rauchberg
Margaret A. Dale
David L. Shaul
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036
(212) 969-3000

Dated: February 16, 2006

**CERTIFICATE OF SERVICE**

I, Eben A. Krim, counsel for Defendant Trenwick America Reinsurance Corporation, hereby certify that on February 16, 2006, I caused a copy of the foregoing document to be served by overnight delivery on all known counsel of record.

                          _/s/ Eben A. Krim_____
                          Eben A. Krim