UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN REINSURANCE COMPANY, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> AIG, Inc. and TRENWICK AMERICA REINSURANCE CORPORATION, <br> Defendants. | CIVIL ACTION NO: <br> 05-CV-11840-MLW |

## NOTICE OF CORRECTION TO APPEARANCE OF COUNSEL

Please take notice that the docket in this matter incorrectly lists undersigned counsel as appearing on behalf of the Plaintiffs American Reinsurance Co., et al and on behalf of defendant American International Group, Inc. Counsel respectfully requests that the Court correct the docket to reflect that undersigned counsel appears in this action on behalf of defendant American International Group, Inc. only.

Respectfully submitted,

**AIG, Inc. on behalf of its member and associated companies,**

By its attorneys,

*/s/ John T. Harding*

---

John T. Harding BBO #221270
Michael F. Aylward BBO #024850
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7558
(617) 342-4888 (facsimile)

Dated: June 19, 2006

1008657

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 19, 2006.

*/s/ John T. Harding*

_____
John T. Harding, Jr. BBO #221270

1008657

2