**PROSKAUER ROSE LLP**

FILED
IN CLERKS OFFICE
2006 JUL 27 A 11: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Margaret A. Dale
Member of the Firm

Direct Dial 212.969.3315
mdale@proskauer.com

July 26, 2006

**BY FEDEX**

Chief Judge Mark L. Wolf
United States District Court
   District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   American Reinsurance Co., et al. v. American Int'l Group and Trenwick America
      Reinsurance Corp., Civil Action No. 05-11840-MLW

Dear Judge Wolf:

We write with permission of all counsel for the parties to the above-referenced action to formalize the request to the Court that was made in a voicemail message to Mr. O'Leary on July 20, 2006, seeking an adjournment of the argument currently set for August 7, 2006, concerning Plaintiffs' Motion to Remand and Defendants' Motions to Stay.

Due to scheduling conflicts and vacation schedules, the parties are attempting to find a mutually acceptable date for the argument as well as a date convenient for Your Honor. Currently, principal counsel for the parties are available to conduct the argument on Thursday, September 21st. We respectfully request that the Court advise if that date is acceptable. If so, the parties will file an Assented to Motion to continue the August 7th hearing date to September 21st. If the 21st is not acceptable, we respectfully request that the Court advise us of potential alternate dates. Thank you for your consideration of this request.

Respectfully,

Margaret A. Dale

cc (by email):

PROSKAUER ROSE LLP

Judge Wolf
July 26, 2006
Page 2

Kathy McFarland, Esq.
Robyn Dusek, Esq.
Steven Schreckinger, Esq.
John Harding, Esq.