# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

John T. Harding
Phone: 617-439-7558
Fax: 617-342-4888
jharding@morrisonmahoney.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

NEW HAMPSHIRE
MANCHESTER

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

September 6, 2006

**E-FILED**
Honorable Mark L. Wolf
United States District Court
One Courthouse Way
Boston, MA 02210

Re: *American Reinsurance Co., et al v.*
*AIG, Inc. and Trenwick America Reinsurance Corp.*
*No: 05-CV-11840MLW*

Dear Judge Wolf:

This letter is to follow up on the hearing today and the Court's inquiry concerning the parties' citation to the case of *ACE Capital Re Overseas, Ltd. v. Central United Life Ins. Co.*, 307 F.3d 24, 34 (2d Cir. 2002) for the proposition that in determining whether a particular claim falls within the scope of the parties' arbitration agreement, courts focus upon the factual allegations in the complaint rather than upon the legal causes of action asserted. Based upon counsel's review of Shepard's citations, this case has not been cited by the First Circuit Court of Appeals or this Court for the proposition cited. AIG, Inc. notes, however, that it did cite additional cases for the same proposition. *See* Defendant AIG's Memorandum in Support of Motion to Stay Proceedings Pending Arbitration, dated September 9, 2005 at 13-14. Among the cases cited by AIG, Inc. is *Maldonado v. PPG Industries, Inc.*, 514 F.2d 614, 616 (1st Cir. 1975).

Thank you for your attention to this matter.

Very truly yours,

/s/ *John T. Harding*

John T. Harding

JTH/tc

cc: All Counsel of Record

1020519v1