UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11840

| American Reinsurance Co., et al | American International Group et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Steven Schreckinger | Ronald Rauchberg. Margaret Dale |
| Frank Slepicka | Bruce Shulan, John Harding, |
|  | Matthew Henning |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 9/6/06 | Court listens to the parties oral arguments on all pending motions. |
|  | Court takes a short recess and resumes with the parties. |
|  | Court will resume tomorrow morning at 11:00 AM. |