UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11840

| American Reinsurance Co., et al | American International Group et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Steven Schreckinger | Ronald Rauchberg |
| Frank Slepicka (by telephone) | John Harding |
|  | Matthew Henning |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing - Day 2 |
|---|---|
| 9/7/06 | Court summarizes the hearing from yesterday and issues its decision to grant the defendants' motion to stay and deny the plaintiff's motion to remand. Written order to issue. All other motions need not be responded to until if and when the stay is lifted. Parties to file periodic status reports regarding whether the case can be dismissed or the stay should be lifted. |