UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
AMERICAN REINSURANCE COMPANY,      )
ET AL.,                            )
     Plaintiffs                    )
          v.                       )    C.A No. 05-11840-MLW
                                   )
AMERICAN INTERNATIONAL GROUP, Inc. )
and TRENWICK AMERICAN REINSURANCE  )
CORPORATION,                       )
     Defendants                    )
```

ORDER

WOLF, D.J.                                          September 7, 2006

For the reasons stated in court on September 7, 2006, it is hereby ORDERED that:

1. Defendant Trenwick American Reinsurance Corporation's Renewed Motion to Stay (Docket No. 38) is ALLOWED.

2. Defendant American International Group, Inc.'s Renewed Motion to Stay (Docket No. 40) is ALLOWED.

3. The plaintiffs' Renewed Motion to Remand (Docket No. 35) is DENIED.

4. This case is STAYED.

5. The parties shall, by February 28, 2007, and every six months thereafter, report whether this case may be dismissed.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE