UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br>　　　　　　　　Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>　　　　　　　　Defendants | Civil Action No. 05-11840-MLW |

## NOTICE OF APPEAL

All plaintiffs hereby appeal from: (1) the September 7, 2006 Order granting the defendant American International Group's Renewed Motion to Stay, (2) the September 7, 2006 Order granting defendant Trenwick America Reinsurance Corporation's Renewed Motion to Stay; and (3) the September 7, 2006 Order denying the plaintiffs' Renewed Motion to Remand.

246925_1.DOC

AMERICAN REINSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,

By their attorneys,

　　/s/Steven L. Schreckinger　　
Steven L. Schreckinger (BBO No. 447100)
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110
(617) 951-0800

LOVELLS
Joseph T. McCullough, IV
Robin C. Dusek
One IBM Plaza, Suite 1900
330 North Wabash Avenue
Chicago, Illinois 60611
(312) 832-4400

Dated: September 29, 2006