UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br>　　　　　　　　　Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>　　　　　　　　　Defendants | Civil Action No. 05-11840-MLW |

## WITHDRAWAL OF NOTICE OF APPEAL

Plaintiffs hereby withdraw their Notice of Appeal, dated September 29, 2006. Plaintiffs have determined that their notice was premature, as the orders appealed from[1] are neither a final

---

[1] (1) The September 7, 2006 Order granting the defendant American International Group's Renewed Motion to Stay, (2) the September 7, 2006 Order granting defendant Trenwick America Reinsurance Corporation's Renewed Motion to Stay; and (3) the September 7, 2006 Order denying the plaintiffs' Renewed Motion to Remand.
247231_1.DOC

decision on the merits nor collateral or interlocutory orders that are reviewable under currently recognized exceptions to the finality rule.

>AMERICAN REINSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,
>
>By their attorneys,
>
>    /s/Steven L. Schreckinger
>Steven L. Schreckinger (BBO No. 447100)
>Lynch, Brewer, Hoffman & Fink, LLP
>101 Federal Street
>Boston, MA 02110
>(617) 951-0800
>
>LOVELLS
>Joseph T. McCullough, IV
>Robin C. Dusek
>One IBM Plaza, Suite 1900
>330 North Wabash Avenue
>Chicago, Illinois 60611
>(312) 832-4400

Dated:  October 10, 2006

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic means on October 10, 2006.

/s/ Steven L. Schreckinger
Steven L. Schreckinger