UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN RE-INSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br>　　　　　　　　Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>　　　　　　　　Defendants | Civil Action No. 05-11840-MLW |

**FIRST JOINT STATUS REPORT**

The Court's Order of September 7, 2006 granting the defendants' motions to stay requires that the parties report by February 28, 2007, and every six months thereafter, whether this case may be dismissed. Pursuant to the Court's Order, the parties report that the plaintiffs and defendant American International Group Inc. ("AIG") have reached a settlement and are filing with this report a stipulation of dismissal with prejudice of plaintiffs' claims against AIG.

254263_1.DOC

Plaintiffs and Trenwick America Reinsurance Corporation are working toward a settlement, but they have not yet reached agreement. Therefore, this case may not be dismissed at the present time as to Trenwick.

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, ET AL. | AMERICAN INTERNATIONAL GROUP INC. |
| By their attorneys, | By its attorneys, |
| /s/ Steven L. Schreckinger<br>Steven L. Schreckinger (BBO No. 447100)<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 951-0800<br><br>LOVELLS<br>Joseph T. McCullough, IV<br>Robin C. Dusek<br>One IBM Plaza, Suite 1900<br>330 North Wabash Avenue<br>Chicago, Illinois 60611<br>(312) 832-4400 | /s/ John T. Harding<br>John T. Harding (BBO No. 221270)<br>Michael F. Aylward (BBO No. 024850)<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7558<br><br>TRENWICK AMERICA REINSURANCE CORPORATION<br><br>By its attorneys,<br><br>/s/ Eben A. Krim<br>Mark W. Batten (BBO No. 566211)<br>Eben A. Krim (BBO No. 652506)<br>Proskauer Rose LLP<br>One International Place, 22nd Floor<br>Boston, MA 02210<br>(617) 526-9700 |

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on February 26, 2007.

/s/ Anne Robbins