UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN RE-INSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>　　　　　　　　　　Defendants | Civil Action No. 05-11840-MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST AIG

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs American Re, *et al.* and defendants

American International Group Inc. ("AIG") and Trenwick America Reinsurance Corporation

251203_1.DOC

hereby stipulate to the dismissal with prejudice of all claims asserted by plaintiffs against AIG, each party bearing its own costs and attorney's fees and waiving all rights of appeal. Nothing contained herein shall have any bearing on any of the claims brought by plaintiffs against Trenwick America Reinsurance Corporation.

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, ET AL. | AMERICAN INTERNATIONAL GROUP INC. |
| By their attorneys, | By its attorneys, |
| /s/ Steven L. Schreckinger<br>Steven L. Schreckinger (BBO No. 447100)<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 951-0800<br><br>LOVELLS<br>Joseph T. McCullough, IV<br>Robin C. Dusek<br>One IBM Plaza, Suite 1900<br>330 North Wabash Avenue<br>Chicago, Illinois 60611<br>(312) 832-4400 | /s/ John T. Harding<br>John T. Harding (BBO No. 221270)<br>Michael F. Aylward (BBO No. 024850)<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7558<br><br>TRENWICK AMERICA REINSURANCE CORPORATION<br><br>By its attorneys,<br><br>/s/ Eben A. Krim<br>Mark W. Batten (BBO No. 566211)<br>Eben A. Krim (BBO No. 652506)<br>Proskauer Rose LLP<br>One International Place, 22nd Floor<br>Boston, MA 02210<br>(617) 526-9700 |

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on February 26, 2007.

/s/ Anne Robbins