UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN RE-INSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br><br>　　　　　　　　Defendants | Civil Action No. 05-11840-MLW |

**JOINT REPORT ON STATUS OF SETTLEMENT**

The Court's Order of March 6, 2007 requires plaintiffs and defendant Trenwick America

Reinsurance Corporation ("Trenwick") to report by April 20, 2007 on the status of their

settlement negotiations. Pursuant to the Court's Order, plaintiffs and Trenwick report that they

have reached an agreement in principle to settle the matter and are working on the language of a

257365_1.DOC

settlement agreement. The parties fully expect to reach agreement on and execute the settlement

agreement shortly.


AMERICAN REINSURANCE COMPANY,
ET AL.

TRENWICK AMERICA
REINSURANCE CORPORATION

By their attorneys,

By its attorneys,


/s/ Steven L. Schreckinger
Steven L. Schreckinger (BBO No. 447100)
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110
(617) 951-0800

/s/ Eben A. Krim
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
Proskauer Rose LLP
One International Place, 22nd Floor
Boston, MA 02210
(617) 526-9700

LOVELLS
Joseph T. McCullough, IV
Robin C. Dusek
One IBM Plaza, Suite 1900
330 North Wabash Avenue
Chicago, Illinois 60611
(312) 832-4400


CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served
upon the attorney of record for each other party by electronic means on April 18,
2007.

/s/ Anne Robbins