UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN RE-INSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>　　　　　　　　　　　Defendants | Civil Action No. 05-11840-MLW |

**JOINT REPORT ON STATUS OF SETTLEMENT
(PER COURT'S ORDER OF June 4, 2007)**

The Court's Order of June 4, 2007 requires plaintiffs and defendant Trenwick America Reinsurance Corporation ("Trenwick") to report by September 28, 2007 on the status of their settlement negotiations. Pursuant to the Court's Order, plaintiffs and Trenwick report that they have reached agreement on the terms of a settlement. However, Trenwick must obtain the approval of the Connecticut Department of Insurance before the settlement may be finalized.

In light of this development, the parties jointly request that the Court continue to stay this case as to Trenwick and further suggest that the parties report back on the status of the finalization of the settlement agreement in ninety (90) days.

| AMERICAN REINSURANCE COMPANY, ET AL. | TRENWICK AMERICA REINSURANCE CORPORATION |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Steven L. Schreckinger<br>Steven L. Schreckinger (BBO No. 447100)<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 951-0800 | /s/ Eben A. Krim<br>Mark W. Batten (BBO No. 566211)<br>Eben A. Krim (BBO No. 652506)<br>Proskauer Rose LLP<br>One International Place, 22nd Floor<br>Boston, MA 02210<br>(617) 526-9700 |
| LOVELLS LLP<br>Joseph T. McCullough, IV<br>Robin C. Dusek<br>330 North Wabash Ave<br>Suite 1900<br>Chicago, Illinois 60611<br>(312) 832-4400 | PROSKAUER ROSE LLP<br>Margaret A. Dale<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3000 |

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on September 26, 2007.

/s/ Anne Robbins