UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN RE-INSURANCE COMPANY; AMERICAN UNITED LIFE INSURANCE COMPANY; DORINCO REINSURANCE COMPANY; FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HARTFORD LIFE INSURANCE COMPANY; HOUSTON CASUALTY COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); INSURANCE CORPORATION OF HANNOVER; MONUMENTAL LIFE INSURANCE COMPANY; PAN AMERICAN LIFE INSURANCE COMPANY; PHOENIX LIFE INSURANCE COMPANY; RELIANCE STANDARD LIFE INSURANCE COMPANY; RELIASTAR LIFE INSURANCE COMPANY; SUN LIFE ASSURANCE COMPANY OF CANADA; SWISS RE LIFE & HEALTH AMERICA; AND TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br>      Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP INC. and TRENWICK AMERICA REINSURANCE CORPORATION,<br>      Defendants | Civil Action No. 05-11840-MLW |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST
TRENWICK AMERICA REINSURANCE CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs American Re, *et al.* and defendant

Trenwick America Reinsurance Corporation ("Trenwick") hereby stipulate to the dismissal with

269084_1.DOC

prejudice of all claims asserted by plaintiffs against Trenwick, each party bearing its own costs and attorney's fees and waiving all rights of appeal.

| | |
|---|---|
| AMERICAN REINSURANCE COMPANY, ET AL. | TRENWICK AMERICA REINSURANCE CORPORATION |
| By their attorneys, | By its attorneys, |
| /s/ Steven L. Schreckinger<br>Steven L. Schreckinger (BBO No. 447100)<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 951-0800 | /s/ Eben A. Krim<br>Mark W. Batten (BBO No. 566211)<br>Eben A. Krim (BBO No. 652506)<br>Proskauer Rose LLP<br>One International Place, 22nd Floor<br>Boston, MA 02210<br>(617) 526-9700 |
| LOVELLS<br>Joseph T. McCullough, IV<br>Robin C. Dusek<br>One IBM Plaza, Suite 1900<br>330 North Wabash Avenue<br>Chicago, Illinois 60611<br>(312) 832-4400 | |

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on December 14, 2007.

/s/ Anne Robbins